**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE RAYMUNDO FERNANDEZ, IRMA SENEDRIN RAYMUNDO, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-72386 <br><br> Agency Nos.   A072-138-689 <br>                        A072-176-224 <br><br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 19, 2013[**]

Before:    CANBY, TROTT, and THOMAS, Circuit Judges.

Jose Raymundo Fernandez and Irma Senedrin Raymundo, natives

and citizens of the Philippines, petition for review of the Board of Immigration

Appeals' ("BIA") order denying their motion to reopen alleging ineffective

assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen and review de novo due process claims. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying the motion to reopen where petitioners failed to establish plausible grounds for relief. *Cf. Singh v. Ashcroft,* 367 F.3d 1182, 1189 (9th Cir. 2004) (presumption of prejudice arising from former attorney's failure to file an appellate brief was not rebutted where petitioner showed plausible grounds for relief).

Petitioners' contention that the BIA failed to review the new evidence accompanying their second motion to reopen is not supported by the record. *See Larita-Martinez v. INS*, 220 F.3d 1092, 1095-96 (9th Cir. 2000).

**PETITION FOR REVIEW DENIED.**